

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Joe D. Boucher, Appellant

No. 06-19-00055-CV      v.

Mark A. Thacker

Appeal from the County Court at Law No. 1 of Smith County, Texas (Tr. Ct. No. 65836). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the trial court's award of attorney fees and render judgment that Thacker is not entitled to attorney fees. We affirm the remaining portions of the trial court's judgment.

We further order that the appellant, Joe D. Boucher, pay all costs of this appeal.

RENDERED SEPTEMBER 1, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk